## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

DEBORAH LAUFER,
            Plaintiff,

v.                                            Case No. 3:21-cv-00223-wmc

VILLAGE INN, LLC,
            Defendant

### STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties and, by and through undersigned counsel, hereby stipulate to the dismissal of this action with prejudice, with all parties to bear their own costs, attorney fees and litigation expenses.

Respectfully submitted,

By: /s/ Thomas B. Bacon                By: /s/ Nicholas John Linz
Thomas B. Bacon                        Nicholas John Linz
1317 Edgewater Dr., #556               Hager, Dewick & Zuengler, S.C.
Orlando, FL 32804                      200 South Washington Street
tbb@thomasbaconlaw.com                 Suite 200
954-478-7811                           Green Bay, WI 54301
Attorney For Plaintiff, Deborah Laufer 920-430-1900
                                       Fax: 920-430-1909
                                       Email: nlinz@hdz-law.com
                                       Attorney for Defendant, Village Inn, LLC

### Certificate of Service

I hereby certify that a copy of the foregoing was served on all counsel of record via the Court's CM/ECF system this 3rd day of August, 2023.

By: /s/ Thomas B. Bacon